**FILED**

1  McGREGOR W. SCOTT
   United States Attorney                           JUN 2 7 2007
2  JASON HITT
   Assistant U.S. Attorney                    
3  501 I St., Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6
                     IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,        )    Mag. No. 07-MJ-0208 KJM
                                     )
11            Plaintiff,             )
                                     )    ORDER UNSEALING CRIMINAL
12       v.                          )    COMPLAINT AND AFFIDAVIT IN
                                     )    SUPPORT OF THE CRIMINAL
13  Richard Nicholas PRIETO,         )    COMPLAINT
    Jesus Marcelino GARCIA, and      )
14  Jesse Robert CORRAL,             )
                                     )
15            Defendants.            )
                                     )
16

17       Upon Application of the United States of America and good

18  cause having been shown,

19       IT IS HEREBY ORDERED that the criminal complaint and

20  Affidavit in support of the criminal complaint in the

21  above-captioned matter be, and is, hereby ordered UNSEALED.

22

23  DATED:  6/27/07

24                                   KIMBERLY J. MUELLER
                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28