McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00304-MCE |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| RICHARD NICHOLAS PRIETO, et al., | |
| Defendants. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jesus GARCIA, by and through his counsel, Danny D. Brace, Esq., and defendant Jesse CORRAL, by and through his counsel C. Emmett Mahle, Esq., stipulate and agree that the currently-set status conference on May 1, 2008, should be continued to June 12, 2008, at 9:00 a.m.  The parties further stipulate that the time period from May 1, 2008, up to and including the new status conference date of June 12, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case for both defendants and investigate the defendant's federal sentencing exposure.

1

1    For these reasons, the defendant, defense counsel, and the
2  government agree additional time is required for the defense to
3  effectively evaluate the posture of the case and prepare for trial
4  in this case and, in addition, in the interests of justice under 18
5  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

6
7                                    Respectfully Submitted,

8                                    McGREGOR W. SCOTT
                                     United States Attorney
9
10 DATED:  May 1, 2008        By:  /s/Jason Hitt
                                     JASON HITT
11                                   Assistant U.S. Attorney

12
13 DATED:  May 1, 2008        By:  /s/Danny D. Brace, Jr.
                                     Authorized to sign for Mr.
14                                   Brace on 04-30-08
                                     DANNY D. BRACE, Esq.
15                                   Attorney for Jesus GARCIA

16 DATED:  May 1, 2008        By:  /s/C. Emmett Mahle
                                     Authorized to sign for Mr.
17                                   Mahle on 04-29-08
                                     C. EMMETT MAHLE, Esq.
18                                   Attorney for Jesse CORRAL
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.    The status conference set for May 1, 2008, at 9:00 a.m. is vacated;

2.    A status conference is set for June 12, 2008, at 9:00 a.m.; and

3.    Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from May 1, 2008, up to and including June 12, 2008.

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE