1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Jesus Marcelino Garcia

5

6            IN THE UNITED STATES DISTRICT COURT

7         FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          ) Case No.: 2:07-CR-00304 MCE
                                      )
                                      ) **AMENDED** STIPULATION AND ORDER
10           Plaintiff,               ) TO EXTEND TIME FOR HEARING AND
                                      ) TO EXCLUDE TIME
11      vs.                           )
                                      )
12  RICHARD PRIETO, et al,            )
                                      )
13           Defendant                )

14       The parties agree that time beginning June 12, 2008 and extending through July 24, 2008

15  should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The

16  parties submit that the ends of justice are served by the Court excluding such time, so that

17  counsel for the defendant may have reasonable time necessary for effective preparation, taking

18  into account the exercise of due diligence, and so that the defendant may have continuity of

19  counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

20  justice served by granting this continuance outweigh the best interests of the public and the

21  defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

22  ///

23  ///

24  ///

25  ///

STIP AND ORDER TO EXTEND TIME - 1

1    The parties further request that this matter be taken off the June 12, 2008, calendar and be

2   rescheduled to July 24, 2008 at 9:00 a.m.

3                                              Respectfully submitted,

4

5   Date:   6-10-08                                    By:     /s/ Danny D. Brace, Jr.,
                                                               DANNY D. BRACE, JR.,
                                                               Attorney for
6                                                              Jesus Marcelino Garcia

7

8   Date:   6-10-08                                    By:     /s/ C. Emmett Mahle.
                                                               Authorized to sign for Mr. Mahle
9                                                              On June 10, 2008
                                                               C. EMMETT MAHLE
10                                                             Attorney for Jesse Corral

11

12  Date:    6-10-08                                   By:     /s/ Jason Hitt
                                                               Authorized to sign for Mr. Hitt
13                                                             On June 10, 2008
                                                               JASON HITT
14                                                             Assistant U.S. Attorney

15

16         **IT IS SO ORDERED.**

17  Dated:  June 13, 2008

18  _____

19  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

                              STIP AND ORDER TO EXTEND TIME - 2