DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jesus Marcelino Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD PRIETO, et al,<br><br>    Defendant | Case No.: 2:07 CR 00304 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning September 25, 2008 and extending through November 13, 2008 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the September 25, 2008, calendar and be rescheduled to November 13, 2008 at 9:00 a.m..

1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Date:  9-24-08              By:    /s/ Danny D. Brace, Jr.,
                                   DANNY D. BRACE, JR.,
                                   Attorney for
                                   Jesus Marcelino Garcia

Date:  9-24-08              By:    /s/ C. Emmett Mahle.
                                   Authorized to sign for Mr. Mahle
                                   On September 24, 2008
                                   C. EMMETT MAHLE
                                   Attorney for Jesse Corral

Date:   9-24-08             By:    /s/ Jason Hitt
                                   Authorized to sign for Mr. Hitt
                                   On September 24, 2008
                                   JASON HITT
                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**

**DATED: September 24, 2008**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com