```
LAWRENCE G. BROWN
Acting United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD PRIETO, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. CR-S-07-0304 MCE <br><br> STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jesus GARCIA, by and through his counsel, Danny D. Brace, Esq., and defendant Jesse CORRAL, by and through his counsel C. Emmett Mahle, Esq., stipulate and agree that the currently-set status conference on February 5, 2009, should be continued to March 26, 2009, at 9:00 a.m. The parties further stipulate that the time period from February 5, 2009, up to and including the new status conference date of March 26, 2009, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case for both defendants and investigate the defendant's federal sentencing exposure.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: February 9, 2009     By:   /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

DATED: February 9, 2009     By:   /s/Danny D. Brace, Jr.
                                  Authorized to sign for Mr. Brace
                                  on 02-04-09
                                  DANNY D. BRACE, Esq.
                                  Attorney for Jesus GARCIA

DATED: February 9, 2009     By:   /s/C. Emmett Mahle
                                  Authorized to sign for Mr. Mahle
                                  on 02-04-09
                                  C. EMMETT MAHLE, Esq.
                                  Attorney for Jesse CORRAL

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for February 5, 2009, at 9:00 a.m. is vacated;

2. A status conference is set for March 26, 2009, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from February 5, 2009, up to and including March 26, 2009.

Dated: February 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE