DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Jesus Marcelino Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JESUS MARCELINO GARCIA, AND JESSE ROBERT CORRAL, et al, <br> Defendant | Case No.: 2:07 CR 00304 MCE <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning May 13, 2009 and extending through June 25, 2009 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

Furthermore, counsel for defendant Jesse Robert Corral, C. Emmett Mahle, is involved in a criminal jury trial in Sacramento County Superior Court and will continue to be in trial on May 13, 2009.

STIP AND ORDER TO EXTEND TIME - 1

1   The parties further request that this matter be taken off the May 13, 2009, calendar and be
2   rescheduled to June 25, 2009 at 9:00 a.m..
3
4
5                               Respectfully submitted,
6
7   Date:   5-11-09                          By:    /s/ Danny D. Brace, Jr.,
                                                    DANNY D. BRACE, JR.,
                                                    Attorney for
8                                                   Jesus Marcelino Garcia
9
10  Date:   5-11-09                          By:    /s/ C. Emmett Mahle.
                                                    Authorized to sign for Mr. Mahle
11                                                  On May 11, 2009
                                                    C. EMMETT MAHLE
12                                                  Attorney for Jesse Corral
13
14  Date:   5-11-09                          By:    /s/ Jason Hitt
                                                    Authorized to sign for Mr. Hitt
15                                                  On May 11, 2009
                                                    JASON HITT
16                                                  Assistant U.S. Attorney
17
18      IT IS SO ORDERED.
19  DATED: May 11, 2009
20
                                                    _____
21                                                  MORRISON C. ENGLAND, JR
                                                    UNITED STATES DISTRICT JUDGE
22
23
24
25

STIP AND ORDER TO EXTEND TIME - 2