DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jesus Marcelino Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JESUS MARCELINO GARCIA, AND JESSE

ROBERT CORRAL, et al,

        Defendant

    )
    )
    )
    )
    )
    )
    )
    )
    )
    )

Case No.: 2:07 CR 00304 MCE

AMENDED STIPULATION AND ORDER
TO EXTEND TIME FOR HEARING AND
TO EXCLUDE TIME

The parties agree that time beginning August 13, 2009 and extending through October

22, 2009 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and

T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so

that counsel for the defendant may have reasonable time necessary for effective preparation,

taking into account the exercise of due diligence, and so that the defendant may have continuity

of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

justice served by granting this continuance outweigh the best interests of the public and the

defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

      The parties further request that this matter be taken off the August 13, 2009,

calendar and be rescheduled to October 22, 2009 at 9:00 a.m..

Respectfully submitted,

Date:   8-12-09                         By:      /s/ Danny D. Brace, Jr.,
                                                 DANNY D. BRACE, JR.,
                                                 Attorney for
                                                 Jesus Marcelino Garcia

Date:   8-12-09                         By:      /s/ C. Emmett Mahle.
                                                 Authorized to sign for Mr. Mahle
                                                 On August 12, 2009
                                                 C. EMMETT MAHLE
                                                 Attorney for Jesse Corral

Date:    8-12-09                        By:      /s/ Jason Hitt
                                                 Authorized to sign for Mr. Hitt
                                                 On August 12, 2009
                                                 JASON HITT
                                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

**DATED:** August 13, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE