C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JESSE ROBERT CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JESUS MARCELINO GARCIA, and<br><br>JESSE ROBERT CORRAL,<br><br>　　　　Defendants. | Case No.: 2:07-cr-00304-MCE<br><br><br><br>STIPULATION AND ORDER |

STIPULATION

　　　　This matter is currently scheduled for Status Conference on October 22, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison E. England, Jr. I have contacted counsel for defendant Jesus Marcelino Garcia, Attorney Dan Brace, and counsel for the United States, AUSA Jason Hitt, and they have all agreed, subject to the court's approval, to continue this matter until December 10, 2009, at 9:00 a.m.

　　　　All counsel are currently discussing possible resolution of this matter.  All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for October 22, 2009, to December 10, 2009 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

- 1 -

DATED: 10-20-09       /s/ C. Emmett Mahle
C. EMMETT MAHLE
Attorney for Defendant
JESSE ROBERT CORRAL

DATED: 10-20-09       /s/ Dan Brace
DAN BRACE
Attorney for Defendant
JESUS MARCELINO GARCIA

DATED: 10-20-09       /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for October 22, 2009, is hereby continued to December 10, 2009, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: October 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -