C. EMMETT MAHLE, SBN #104069
Attorney at Law
901 H St., Ste. 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JESSIE ROBERT CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-cr-00304 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| JESUS MARCELINO GARCIA, and | |
| JESSIE ROBERT CORRAL, | |
| Defendants | |

## STIPULATION

This matter is currently scheduled for Status Conference on December 10, 2009, at 9:00 a.m. in the courtroom of the Honorable Morrison E. England, Jr. I have contacted counsel for defendant Jesus Marcelino Garcia, Attorney Dan Brace, and counsel for the United States, AUSA Jason Hitt, and they have all agreed, subject to the court's approval, to continue this matter until January 14, 2010, at 9:00 a.m.

All counsel are currently discussing possible resolution of this matter. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for December 10, 2009, to January 14, 2010, at 9:00 a.m. in the courtroom of Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

//

DATED: 12-9-2009                                  /s/ C. Emmett Mahle
                                                  C. EMMETT MAHLE
                                                  Attorney for Defendant
                                                  JESSIE ROBERT CORRAL

DATED: 12-9-2009                                  /s/ Dan Brace
                                                  DAN BRACE
                                                  Attorney for Defendant
                                                  JESUS MARCELINO GARCIA

DATED: 12-9-2009                                  /s/ Jason Hitt
                                                  JASON HITT
                                                  Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for December 10, 2009, is hereby continued to January 14, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: December 9, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE