DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jesus Marcelino Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JESUS MARCELINO GARCIA, AND JESSE ROBERT CORRAL, et al,<br><br>           Defendant | Case No.: 2:07 CR 00304 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

      The parties agree that time beginning January 14, 2010 and extending through March 18, 2010 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

///

///

The parties further request that this matter be taken off the January 14, 2010, calendar and be rescheduled to March 18, 2010 at 9:00 a.m..

Respectfully submitted,

| | | |
|---|---|---|
| Date:  1-13-10 | By: | /s/ Danny D. Brace, Jr., <br>DANNY D. BRACE, JR., <br>Attorney for <br>Jesus Marcelino Garcia |
| Date:  1-13-10 | By: | /s/ C. Emmett Mahle. <br>Authorized to sign for Mr. Mahle <br>On January 13, 2010 <br>C. EMMETT MAHLE <br>Attorney for Jesse Corral |
| Date:   1-13-10 | By: | /s/ Jason Hitt <br>Authorized to sign for Mr. Hitt <br>On January 13, 2010 <br>JASON HITT <br>         Assistant U.S. Attorney |

**IT IS SO ORDERED.**

**DATED:** January 13, 2010

_____

MORRISON C. ENGLAND, JR

UNITED STATES DISTRICT JUDGE