```
C. EMMETT MAHLE, SBN #104069
Attorney at Law
901 H St., Ste. 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JESSIE ROBERT CORRAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-07-00304 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| JESUS MARCELINO GARCIA, and | |
| JESSIE ROBERT CORRAL, | |
| Defendants | |

### STIPULATION

This matter is currently scheduled for Status Conference on March 18, 2010, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for defendant Jesus Marcelino Garcia, Attorney Dan Brace, and counsel for the United States, AUSA Jason Hitt, and they have all agreed, subject to the court's approval, to continue this matter until April 29, 2010, at 9:00 a.m.

All counsel are currently discussing possible resolution of this matter. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for March 18, 2010, to April 29, 2010, at 9:00 a.m. in the courtroom of Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

DATED: 3-17-2010			/s/ C. Emmett Mahle
					C. EMMETT MAHLE
					Attorney for Defendant
					JESSIE ROBERT CORRAL

DATED: 3-17-2010			/s/ Dan Brace
					DAN BRACE
					Attorney for Defendant
					JESUS MARCELINO GARCIA

DATED: 3-17-2010			/s/ Jason Hitt
					JASON HITT
					Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for March 18, 2010, is hereby continued to April 29, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for preparation of counsel.

Dated:  March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE