---

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JESSE ROBERT CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JESUS MARCELINO GARCIA, and<br><br>JESSE ROBERT CORRAL,<br><br>　　　　Defendants. | Case No.: CR.S-07-00304 MCE<br><br><br>STIPULATION AND ORDER |

STIPULATION

This matter is currently scheduled for Status Conference on April 29, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for defendant Jesus Marcelino Garcia, Attorney Dan Brace, and counsel for the United States, AUSA Jason Hitt, and they have all agreed, subject to the court's approval, to continue this matter until June 3, 2010, at 9:00 a.m.

All counsel are currently discussing possible resolution of this matter.  All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for April 29, 2010, to June 3, 2010, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   04-26-10                    /s/ C. Emmett Mahle
                                     C. EMMETT MAHLE
                                     Attorney for Defendant
                                     JESSE ROBERT CORRAL


DATED:   04-26-10                    /s/ Dan Brace
                                     DAN BRACE
                                     Attorney for Defendant
                                     JESUS MARCELINO GARCIA


DATED:   04-26-10                    /s/ Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for April 29, 2010, is hereby continued to June 3, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.


DATED: April 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE