DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Jesus Marcelino Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>JESUS MARCELINO GARCIA, AND JESSE ROBERT CORRAL, et al,<br><br>   Defendant | Case No.: 2:07 CR 00304 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning June 3, 2010 and extending through July 29, 2010 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C.§3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.§3161(h)(8)(A).

  The parties further request that this matter be taken off the June 3, 2010, calendar and be rescheduled to July 29, 2010 at 9:00 a.m..

Respectfully submitted,

Date:  6-1-10                           By:     /s/ Danny D. Brace, Jr.,
                                                DANNY D. BRACE, JR.,
                                                Attorney for
                                                Jesus Marcelino Garcia

Date:  6-1-10                           By:     /s/ C. Emmett Mahle.
                                                Authorized to sign for Mr. Mahle
                                                On June 1, 2010
                                                C. EMMETT MAHLE
                                                Attorney for Jesse Corral

Date:   6-1-10                          By:     /s/ Jason Hitt
                                                Authorized to sign for Mr. Hitt
                                                On June 1, 2010
                                                JASON HITT
                                                Assistant U.S. Attorney

**Dated:** June 1, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE