DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jesus Marcelino Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>JESUS MARCELINO GARCIA, AND JESSE ROBERT CORRAL, et al,<br><br>           Defendant | Case No.: 2:07 CR 00304 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning October 27, 2010 and extending through December 2, 2010 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the October 27, 2010, calendar and be rescheduled to December 2, 2010 at 9:00 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date:  10-25-10                                          By:     /s/ Danny D. Brace, Jr.,
                                                                        DANNY D. BRACE, JR.,
                                                                        Attorney for
                                                                        Jesus Marcelino Garcia

Date:  10-25-10                                          By:     /s/ C. Emmett Mahle.
                                                                        Authorized to sign for Mr. Mahle
                                                                        On October 25, 2010
                                                                        C. EMMETT MAHLE
                                                                        Attorney for Jesse Corral

Date:  10-25-10                                          By:     /s/ Jason Hitt
                                                                        Authorized to sign for Mr. Hitt
                                                                        On October 25, 2010
                                                                        JASON HITT
                                                                        Assistant U.S. Attorney

**IT IS SO ORDERED.**

**DATED:** October 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE