DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jesus Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:07-cr-00304-MCE |
|---|---|
| Plaintiff, | ) STIPULATION FOR MODIFICATION OF<br>) PRETRIAL RELEASE CONDITIONS |
| vs. | ) |
| JESUS MARCELINO GARCIA, | ) |
| Defendant | ) |

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Jesus Marcelino Garcia, the following conditions be ordered:

That defendant's EM/Curfew restriction be removed pursuant to the request of Pretrial Services.

All other terms and conditions of pretrial release previously imposed remain in effect.

///

///

///

///

///

Stipulation and Order - 1

Respectfully Submitted

Dated this 30th day of November, 2010

By: __/s/ Danny D. Brace, Jr,__
DANNY D. BRACE, JR.,
Attorney for Jesus Garcia

By: __/s/ Jason Hitt__
Authorized to Sign for Jason
Hitt on November 30, 2010
JASON HITT
Attorney for the United States

IT IS SO ORDERED.

DATED: December 8, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE