C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JESSE ROBERT CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS MARCELINO GARCIA, and<br><br>JESSE ROBERT CORRAL,<br><br>Defendants. | Case No.: CR.S-07-00304 MCE<br><br><br><br>STIPULATION AND ORDER |

STIPULATION

This matter is currently scheduled for Status Conference on December 2, 2010, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr. I have contacted counsel for defendant Jesus Marcelino Garcia, Attorney Dan Brace, and counsel for the United States, AUSA Jason Hitt, and they have all agreed, subject to the court's approval, to continue this matter until January 27, 2011, at 9:00 a.m.

All counsel are currently discussing possible resolution of this matter. We are requesting the additional time for further discussion, and consideration of plea agreements. In addition, Mr. Hitt is currently is a lengthy jury trial in front of Judge Shubb.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for December 2, 2010, to January 27, 2011, at 9:00 a.m. in the courtroom of the

Honorable Morrison C. England, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-2, as the above continuance is necessary for preparation of counsel.

DATED: 12-1-10          /s/ C. Emmett Mahle
                        C. EMMETT MAHLE
                        Attorney for Defendant
                        JESSE ROBERT CORRAL

DATED: 12-1-10          /s/ Dan Brace
                        DAN BRACE
                        Attorney for Defendant
                        JESUS MARCELINO GARCIA

DATED: 12-1-10          /s/ Jason Hitt
                        JASON HITT
                        Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for December 2, 2010, is hereby continued to January 27, 2011, at 9:00 a.m., in the courtroom of the Honorable Morrison C. England, Jr.   Time is excluded through that date pursuant to Local Code T-2 for preparation of counsel.

DATED: December 8, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE