DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jesus Marcelino Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>JESUS MARCELINO GARCIA, AND JESSE ROBERT CORRAL, et al,<br><br>        Defendant | Case No.: 2:07-cr-00304 KJM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

    The parties agree that time beginning January 27, 2011 and extending through March 31, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

      The parties further request that this matter be taken off the January 27, 2011 calendar before Judge Morrison C. England Jr. and be rescheduled for March 31, 2011 at 9:00 a.m. before Judge Kimberly J. Mueller.

1

Respectfully submitted,

Date:   1-25-11                                         By:     /s/ Danny D. Brace, Jr.,
                                                        DANNY D. BRACE, JR.,
                                                        Attorney for
                                                        Jesus Marcelino Garcia

Date:   1-25-11                                         By:     /s/ C. Emmett Mahle.
                                                        Authorized to sign for Mr. Mahle
                                                        On January 25, 2011
                                                        C. EMMETT MAHLE
                                                        Attorney for Jesse Corral

Date:   1-25-11                                         By:     /s/ Jason Hitt
                                                        Authorized to sign for Mr. Hitt
                                                        On January 25, 2011
                                                        JASON HITT
                                                        Assistant U.S. Attorney

Time is excluded based on the parties' stipulation and Local Code T4.  **IT IS SO ORDERED.**

**Dated:**  January 27, 2011.

_____
UNITED STATES DISTRICT JUDGE