**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004

Attorney for Defendant JESSE ROBERT CORRAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JESUS MARCELINO GARCIA, AND<br><br>JESSE ROBERT CORRAL, et al<br><br>　　　　Defendants.<br>_____/ | Case No. 2:07-cr-00304 KJM<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME** |

　　　The parties hereby stipulate that the status conference in this case be continued from March 31, 2011, to May 19, at 9:00 a.m.  The parties stipulate that the time between March 31, 2011, and May 19, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, Counsel for the defendant has recently been substituted into this case and requires time to fully review its voluminous file.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a

1

1  speedy trial.  18 U.S.C. §3161(h)(8)(A).

2      The parties further request that this matter be taken off the March 31, 2011
3  calendar before Judge Kimberly J. Mueller and be rescheduled for May 19, 2011, at 9:00
4  a.m. before Judge Mueller.

                                                                     Respectfully submitted

Date:   March 28, 2011          /s/ Danny d. Brace, Jr. (Authorized 3/28/11)
                                            DANNY D. BRACE, JR.
                                            Attorney for Defendant Jesus Marcelino Garcia

Date:  March 25, 2011           /s/ Tim A. Pori
                                            TIM A. PORI
                                            Attorney for Defendant Jesse Robert Corral

Date: March 28, 2011            /s/ Jason Hitt (Authorized 3/28/11)
                                            JASON HITT
                                            Assistant U.S. Attorney

## ORDER

    IT IS HEREBY ORDERED that the Status Conference set for March 31, 2011 is VACATED and RESET for May 19, 2011 at 10:00 AM before the Honorable Kimberly J. Mueller in Courtroom #3.  All counsel is advised that they are required to attend the status conference now set for May 19, 2011, and that no continuance of that date will be granted.

DATED: March 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

2