```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   Case No. 2:07-cr-00304 KJM
                                 )
11              Plaintiff,       )   STIPULATION AND ORDER
                                 )   CONTINUING THE STATUS
12       v.                      )   CONFERENCE AND EXCLUDING TIME
                                 )
13  RICHARD PRIETO, et al.,      )
                                 )
14                               )
                Defendants.      )
15  _____)
```

16      Plaintiff, United States of America, by its counsel, Assistant
17 United States Attorney Jason Hitt, and defendant Jesus GARCIA, by
18 and through his counsel, Danny D. Brace, Esq., and defendant Jesse
19 CORRAL, by and through his counsel Tim Pori, Esq., stipulate and
20 agree that the currently-set status conference on July 28, 2011,
21 should be continued to September 29, 2011, at 10:00 a.m.  The
22 parties further stipulate that the time period from July 28, 2011,
23 up to and including the new status conference date of September 29,
24 2011, should be excluded from computation of the time for
25 commencement of trial under the Speedy Trial Act, based upon the
26 need for defense counsel to continue discussions with the government
27 regarding resolution of the case for both defendants.  In addition,
28 counsel for defendant CORRAL was recently substituted into the case

                                  1

and has employed an investigator in order to fully investigate the facts and circumstances of the case and pursue any defenses or sentencing mitigation that he can uncover.

For these reasons, the defendants, defense counsel, and the government agree that additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time to the date of the new status conference date.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:   July 27, 2011        By:   /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED:   July 27, 2011        By:   /s/Jason Hitt
                                        Authorized to sign for Mr. Brace
                                        on 07-25-11
                                        DANNY D. BRACE, Esq.
                                        Attorney for Jesus GARCIA

DATED:   July 27, 2011        By:   /s/Jason Hitt
                                        Authorized to sign for Mr. Pori
                                        on 07-22-11
                                        TIM PORI, Esq.
                                        Attorney for Jesse CORRAL

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for July 28, 2011, at 10:00 a.m. is vacated;

2. A status conference is set for September 29, 2011, at 10:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(B)(iv) applies because the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act shall be excluded from July 28, 2011, up to and including September 29, 2011.

DATED: July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE