Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile:   (707) 644-7528

Attorney for Defendant JESSE ROBERT CORRAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00304 KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| JESUS MARCELINO GARCIA, AND JESSE ROBERT CORRAL, et al., | |
| Defendants. | |
| _____/ | |

    The parties hereby stipulate that the status conference in this case be continued from December 15, 2011 to January 23, 2012, at 10:00 a.m.  The parties stipulate that the time between and December 15, 2011, and January 23, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, counsel for defendant Corral is currently in a homicide trial pending in Solano County and needs additional time to review the discovery and investigate the case.  Therefore the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the

1 best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161
2 (h)(7)(A).
3     The parties further request that this matter be taken off the December 15, 2011
4 calendar before Judge Kimberly J. Mueller and be rescheduled for January 23, 2012, at
5 10:00 a.m. before Judge Mueller.

                                                Respectfully submitted

Date: December 9, 2011                          /s/ Tim A. Pori
                                                TIM A. PORI
                                                Attorney for Defendant Jesse Robert Corral

Date: December 9, 2011                          /s/ Danny D. Brace, Jr. (Authorized 12/9/11)
                                                DANNY D. BRACE, JR.
                                                Attorney for Defendant Jesus Marcelino Garcia

Date: December 12, 2011                         /s/ Jason Hitt (Authorized 12/12/11)
                                                JASON HITT
                                                Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to January 23, 2012, at 10:00 a.m. before the Honorable Kimberly J. Mueller in courtroom number 3 and that the time between and December 15, 2011, and January 23, 2012, be excluded from the calculation of time under the Speedy Trial Act.

Dated:  December 12, 2011.

                                                _____
                                                UNITED STATES DISTRICT JUDGE