DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Jesus Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JESUS MARCELINO GARCIA,<br><br>         Defendant | Case No.: CRS 07-00304 MCE<br><br>STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Jesus Marcelino Garcia, the following conditions be ordered:

That defendant's drug testing requirement be removed pursuant to the request of Pretrial Services Officer, Darryl Walker.  Mr. Walker states that during defendant's initial interview with Pretrial Services, Mr. Garcia denied any drug abuse history.  Mr. Walker states that Mr. Garcia has been under Pretrial Services supervision for over 4 years and has never submitted a positive drug test.

All other terms and conditions of pretrial release previously imposed remain in effect.

Stipulation and Order - 1

Respectfully Submitted

Dated this 6th day of February, 2012        By:   /s/ Danny D. Brace, Jr,
                                                  DANNY D. BRACE, JR.,
                                                  Attorney for Jesus Garcia

                                            By:  /s/ Jason Hitt
                                                  Authorized to Sign for Jason
                                                  Hitt on February 6, 2012
                                                  JASON HITT
                                                  Attorney for the United States

IT IS SO ORDERED:

Dated:  February 6, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1:crim
Garcia304.stipord.modify-cor